**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>) 1:13-cr-00031-SEB-TAB-1<br>) |
| v. | )<br>) |
| PETER TRUONG.<br>　　　　Defendant. | )<br>) |

## APPEARANCE

TO: CLERK OF COURT

　　Please enter the appearance of Dee Goolsby, Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Dated: January 11, 2022

　　　　　　　　　　　　　　　　*Dee Goolsby*
　　　　　　　　　　　　　　　　Dee Goolsby
　　　　　　　　　　　　　　　　Indiana Federal Community Defenders, Inc.
　　　　　　　　　　　　　　　　111 Monument Circle, Ste. 3200
　　　　　　　　　　　　　　　　Indianapolis, IN 46204
　　　　　　　　　　　　　　　　(317) 383-3520
　　　　　　　　　　　　　　　　Attorney for Defendant

## CERTIFICATE OF SERVICE

　　I certify that on January 11, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　*Dee Goolsby*
　　　　　　　　　　　　　　　　Dee Goolsby